FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    June A. Warren | : | Chapter 13 |
| | : | Bankruptcy No. 18-15193elf |
|        Debtor. | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION

I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request for hearing or other response was received to Counsel's fee application filed on September 27, 2018 nor has any application for administration expense been filed in this case.

                                                               /s/ Patricia M. Mayer
                                                               Patricia M. Mayer, Esquire
                                                               PATRICIA M. MAYER, P.C.
                                                               301 Oxford Valley Road, Suite 203B
                                                               Yardley, PA 19067
                                                               (215) 493-4300
                                                               Counsel for Debtor

Dated:   March 27, 2019